DAVID L. ANDERSON, CSBN 149604
United States Attorney
DEBORAH L. STACHEL, CSBN 230138
Regional Chief Counsel
PAUL SACHELARI, CSBN 230082
Special Assistant United States Attorney
    Social Security Administration
    160 Spear Street, Suite 800
    San Francisco, CA 94105
    Telephone: (415) 977-8933
    Facsimile: (415) 744-0134
Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| TODD KNICKERBOCKER,<br><br>    Plaintiff,<br><br>vs.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>    Defendant. | Case No. 3:19-cv-08366-WHO<br><br>**STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT FOR PLAINTIFF; [~~PROPOSED~~] ORDER** |

    IT IS HEREBY STIPULATED by and between the parties, through their undersigned attorneys, that this action be remanded for further administrative action pursuant to the Social Security Act § 205(g), as amended, 42 U.S.C. § 405(g), sentence four.

    Upon remand, the Appeals Council will instruct the Administrative Law Judge (ALJ) to evaluate the medical source opinions in the record, explain the reasons for the weight he gives to those opinions, and evaluate Plaintiff's residual functional capacity. The ALJ will take any further action deemed necessary to develop the record and issue a new decision.

    The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

|   |   |
|---|---|
| | Respectfully submitted, |
| Dated:  May 14, 2020 | BAY AREA LEGAL AID |
| | */s/ Stephanie Krol Vieira *<br>STEPHANIE KROL VIEIRA<br>(*as authorized via email on May 14, 2020)<br>Attorney for Plaintiff |
| Dated:  May 14, 2020 | DAVID L. ANDERSON<br>United States Attorney<br>DEBORAH LEE STACHEL<br>Regional Chief Counsel, Region IX<br>Social Security Administration |
| | *s/ Paul Sachelari*<br>PAUL SACHELARI<br>Special Assistant United States Attorney |
| | Attorneys for Defendant |

ORDER

Pursuant to the above Stipulation, and for good cause shown, **IT IS ORDERED** that the above-captioned action be remanded to the Commissioner of Social Security for further proceedings consistent with the terms of the Stipulation.

Dated:  May 15, 2020

_____
THE HONORABLE WILLIAM H. ORRICK
United States District Court Judge